384 P.2d 110

Robert M. SCHUBACH, Plaintiff and Respondent,

v.

Eugene WAGNER, Defendant and Appellant.

No. 9827.

Supreme Court of Utah.

Aug. 14, 1963.

John Elwood Dennett, Salt Lake City, for appellant.

Rawlings, Wallace, Roberts & Black, Salt Lake City, for respondent.

PER CURIAM.

Action on a promissory note wherein the defendant set up fraud as a defense and counterclaimed for damages arising out of the alleged fraud. Plaintiff was granted a summary judgment.

The record before us contains only the pleadings, the promissory note, two written agreements, a sealed deposition, and the judgment.

For reasons stated in Thompson v. Ford Motor Company, 14 Utah 2d —, 384 P.2d 109, the summary judgment in this case is set aside and the case remanded for further proceedings.

3. 41–6–105, U.C.A.1953.